# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## Appeal No. 2014-1165

BELIMO AUTOMATION A.G.,

                                               Plaintiff-Appellant,

v.

UNITED STATES,

                                               Defendant-Appellee.

---

Appeal from the United States Court of International Trade in
Case no. 10-CV-00113, Judge Mark A. Barnett

---

## ORDER

Upon reading and considering Plaintiff-Appellant's consent motion for an extension of time, and upon consideration of all other relevant papers and proceedings, it is

ORDERED that, for good cause shown, Plaintiff-Appellant's motion is hereby GRANTED. Plaintiff-Appellant's reply brief shall be filed no later than March 4, 2014.

SO ORDERED.

                                                                          _____

                                                                          For the Court

Dated:_____

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**Appeal No. 2014-1165**

BELIMO AUTOMATION A.G.,

                                        Plaintiff-Appellant,

v.

UNITED STATES,

                                        Defendant-Appellee.

Appeal from the United States Court of International Trade in
Case no. 10-CV-00113, Judge Mark A. Barnett

## PLAINTIFF-APPELLANT'S CONSENT MOTION
## FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. App. P. 26(b) and 27 and Fed Cir. R. 26(b) and 27, Plaintiff-Appellant respectfully requests that this Court grant a 14 day extension of time up to and including March 4, 2014 for Plaintiff-Appellant to file its appeal brief in this proceeding. Pursuant to Fed Cir. R. 26(b), counsel for Plaintiff-Appellant contacted counsel for Defendant on February 10, 2014, who consented to this motion. Plaintiff-Appellant's appeal brief is currently due on February 18, 2014. This is plaintiff-appellant's first request for extension of time for filing its appeal brief

Good cause exists to grant this requested enlargement of time. Specifically,

preparation of appellant's appeal brief has required extensive new research and evaluation of relevant precedents.  Due to a heavy work load and the complexity of the issues in this case, it has proven to be impossible to accomplish all necessary preparations for submission of appellant's appeal brief in the original 60-day period from the date of docketing.  Counsel's offices have been closed for several days due to holiday and inclement weather schedules.

These difficulties will prevent the specific attorneys responsible for this appeal from finalizing the appeal brief by February 18, 2014.  The requested modest enlargement of time will allow Plaintiff-Appellant the opportunity to fully present its arguments without causing prejudice to the other parties to this appeal.

For these reasons, we respectfully request that this Court grant this motion for an enlargement of time.

Respectfully submitted,

/s/ Robert F. Seely
Robert B. Silverman
Peter W. Klestadt

GRUNFELD, DESIDERIO, LEBOWITZ,
SILVERMAN & KLESTADT LLP
399 Park Ave., 25th Floor
New York, New York 10022
Phone: (212) 557-4000
Fax: (212) 557-4415
RSeely@gdlsk.com

Dated: February 10, 2014                    *Attorneys for Plaintiff-Appellant*

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

BELIMO AUTOMATION A.G. v. US, 2014-1165

## CERTIFICATE OF INTEREST

Pursuant to Rule 47.4 of the Rules of the U.S. Court of Appeals for the Federal Circuit, counsel for Plaintiff-Appellant, Belimo Automation A.G., certifies the following:

1. The full name of every party or *amicus* represented by me is:

    Belimo Automation A.G.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest)

    N/A

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or *amicus curiae* represented by me are:

    N/A

4. The names of all law firms and the partners or associates that have appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Peter W. Klestadt, Robert B. Silverman, and Robert F. Seely of the law firm Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP.


Date: February 10, 2014          /s/ Robert F. Seely
                                 Robert F. Seely
                                 Counsel for Plaintiff-Appellant

# CERTIFICATE OF SERVICE

### BELIMO AUTOMATION A.G. v. US, 2014-1165

      I hereby certify that a copy of the attached Consent Motion for Enlargement of Time was served via the court's CM/ECF system this 10th day of February 2014, upon the following parties:

Amy M. Rubin
Acting Assistant Director,
**U.S. Department of Justice**
Commercial Litigation Branch - Civil Division
International Trade Field Office
26 Federal Plaza Room 346
New York, NY 10278
amy.rubin@usdoj.gov

                                                /s/ Robert F. Seely
                                            Robert F. Seely
                                            Grunfeld, Desiderio, Lebowitz,
                                            Silverman & Klestadt LLP

8916164_1